UNITED STATES of America, Plaintiff–Appellee,

v.

**Torrey Lidell DAVIS, Defendant–Appellant.**

No. 05–10049
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 9, 2006.

Charles William Brown, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Torrey Lidell Davis appeals the sentence imposed following his guilty-plea conviction for copyright infringement. Davis contends that his sentence is illegal under *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), because it was based upon facts that were neither proved nor admitted and because the sentence was imposed pursuant to a mandatory application of the Sentencing Guidelines.

The Government has not carried its burden of demonstrating that the *Booker* error in this case was harmless. *See United States v. Woods*, 440 F.3d 255, 258–59 (5th Cir.2006). Accordingly, Davis's sentence is vacated, and the case is remanded for resentencing. Because it is necessary to vacate Davis's sentence based upon the Sixth Amendment *Booker* error, we need not address Davis's *Fanfan* claim. *See United States v. Akpan*, 407 F.3d 360, 377 n. 62 (5th Cir.2005).

CONVICTION AFFIRMED; SENTENCE VACATED; REMANDED FOR RESENTENCING.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.